UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID COREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3354** |
| **DEEPWATER SPECIALISTS, INC., ET AL.** | **SECTION "H" (3)** |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion to Enforce Settlement [Doc. #203] is GRANTED as outlined in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this 19th day of April, 2013.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE